NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**MG FREESITES LTD.,**
*Appellant*

v.

**SCORPCAST, LLC, dba HaulStars**,
*Cross-Appellant*

2022-2221, 2022-2233, 2022-2289

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2021-00510 and IPR2021-00512.

**ON MOTION**

**O R D E R**

Scorpcast, LLC moves for a 59-day extension of time to file its opening and response brief. MG Freesites Ltd. opposes. Scorpcast replies.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. Scorpcast's opening and

response brief is due no later than April 6, 2023.

                                                      FOR THE COURT

February 1, 2023                    /s/ Peter R. Marksteiner
     Date                           Peter R. Marksteiner
                                       Clerk of Court