**FORM 9A. Notice of Related Case Information**  Form 9A (p. 1)
March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

### NOTICE OF RELATED CASE INFORMATION

**Case Number**  2022-2221, 2022-2233, 2022-2289

**Short Case Caption**  MG Freesites Ltd. v. Scorpcast, LLC, dba HaulStars

**Filing Party/Entity**  Scorpcast, LLC d/b/a HaulStars

> **Instructions:** Do not duplicate information. The notice must only be filed at the time of filing the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. *See* Fed. Cir. R. 47.5(b). Attach additional pages as needed. This notice must not be included in a motion, petition, related response, or brief; please only include the Certificate of Interest (Form 9) in those documents.

1. **Related or prior cases.** Provide the case title, case number, and originating tribunal for each case. Fed. Cir. R. 47.5(b)(1).

MG FreeSites Ltd. v. Scorpcast, LLC dba HaulStars, Case No. 1:20-cv-01012 (D. Del.); and Scorpcast, LLC dba HaulStars v. MG Freesites Ltd., Case No. 1:21-cv-00887 (D. Del).

☐  Additional pages attached

FORM 9A. Notice of Related Case Information    Form 9A (p. 2)
    March 2023

2. **Names of all parties involved in the cases listed above.** Do not duplicate the names of parties. Do not relist the case information. Fed. Cir. R. 47.5(b)(2)(A).

MG Freesites Ltd., MindGeek S.a.r.l., MG Premium, MG Billing U.S. corp., MG Billing Limited, 9219-1568 Quebec, Inc., MCGY Holdings, MG Global Entertainment Europe, MG Global Entertainment Inc., and Scorpcast, LLC, dba HaulStars

☐ Additional pages attached

3. **Names of all law firms, partners, and associates in the cases listed above.** Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

- Kelly E. Farnan and Nicole K. Pedi ofRichards, Layton & Finger, PA;
- Frank M. Gasparo, Jonathan M. Sharret, JongChan D. Kang, Ralph A. Dengler of Venable;
- Michael Simons of Williams Simons & Landis PLLC; and
- Kasey H. DeSantis of Fox Rothschild LLP.

☐ Additional pages attached

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 07/06/2023

Signature: /s/ Fred I. Williams

Name: Fred I. Williams

Save for Filing